# EXHIBIT 3

**Prior Written Notice dated April 8, 2026**

Achievement School District / IOTA Community Schools

# Prior Written Notice

**District Name:** Achievement School District
**District Address:** 710 James Robertson Parkway, AJT 5th Floor
Nashville TN, 37243

**Addressed To:** Danielle Woods
**Student:** Breniya Laquita Sanders
**School:** Hillcrest High School
**Grade:** 11th Grade

**Date of Decision(s):** 04/08/2026
**Date Sent:** 04/08/2026

**Purpose of Notice:** This document outlines important decisions made about your student's special education program. This notice is required **after** a decision has been made regarding matters affecting your student's IEP or eligibility for special education, but **before** any decision is implemented or changes to your student's program take place. Specifically, this notice must be given to you within at least ten (10) school days following the school district either proposing or refusing to initiate or change the identification, evaluation, or educational placement of your student, or the provision of a free appropriate public education (FAPE) to your student.

**1. Description of the action proposed or refused by the school district:**
On behalf of IOTA Community Schools, the IEP team proposed the following:

- to conduct an annual IEP meeting and plan post-secondary transition

- the student will receive special education services for ELA Inclusion 6 times a month at 45 minutes, Math Inclusion 6x a month at 45 minutes, social work services 2xw at 30 minutes, Intervention 2 times a month for 30 minutes, special transportation 2 times per day, Physical Therapy consultation 4 times per year at 15 min, and 1:1 Support Professional 7hrs per day for 5d week

-The student will take the EOC assessment and is on the general education diploma

-The student does not qualify for ESY

-The student will receive special transportation

**2. Explanation of why the school district proposes or refuses to take this action:**
On behalf of IOTA Community Schools, the team proposed the following actions for the following reasons:

-the data collected from Aimsweb indicates the student continues to demonstrate a deficit in reading and math

-the student's orthopedic impairment continues to warrant the need for the related services: physical therapy and social work services

**3. Description of any options the school district considered prior to this proposal:**
Prior to this proposal, the school district considered:

-PT discontinuation

**4. Reasons the above listed options were rejected:**
The above options were rejected because:

Due to her needs, Breniya would benefit from continued PT services via consultation

**5. Description of evaluation procedures, tests, records, or reports the school district used as a basis for the proposal or refusal:**
The IEP team used the following for the basis of proposal:

- Previous IEP

- Teacher, Staff input

- Current present levels

**6. Other factors relevant to the action proposed are:**
Danielle Woods, Conservator attended the meeting virtually. The procedural safeguards were emailed and her rights were explained during the meeting. All documents will be sent via Formstack for review and signature. Ms. Woods agrees Breniya is on a general education diploma track and will obtain a general education diploma after completing the requirements per the State of TN and the attending LEA's guidelines. Breniya will participate in the TN Ready/EOC assessment with accommodations. Breniya does not qualify for ESY. Special Transportation is required. Ms. D. Woods gave consent for student documents and communication to be sent to the advocate, Holly McLaughlin. Ms. D. Woods waives her right for10-day notice for implementation of IEP. IEP will finalize and go into effect on 4/8/2026. The draft was provided before the meeting. Ms. Woods gave the gen ed teacher Ms. Harris permission to be excused from the meeting early. Meeting Participants: Terrance Subber, SPED Case Manager/Keva Harris, Gen Ed Teacher/Teddrick Estes, LEA/Danielle Woods, Conservator/ Breniya Sanders, Student/ Holly McLaughlin, Advocate/ Kawanzaa Moten, Support Services/ Stephanie Ranson, Social Worker.

---

Parents of a child with a disability are entitled to certain procedural safeguards as outlined in the **Notice of Procedural Safeguards.** Rights include the right to request a Due Process Hearing or to request mediation if there is disagreement with the services planned. If you would like a copy of the **Notice of Procedural Safeguards** and one was not included with this notice, you may request one through the contact listed below. We will be glad to answer any questions concerning the information or the rights outlined in this document.

**Contact Name:** Terrance Subber

**Contact Number:** (901) 730-4098

**Contact Email:** terrance.subber@iotaschools.org

You may find additional resources, including dispute resolution options, and contacts for the Office of General Counsel, on the Special Education Legal Services webpage:
https://www.tn.gov/education/legal-services/special-education-legal-services.html

---

**If the parent was not present at an IEP meeting that resulted in changes to the Individual Education Program (IEP), a completed IEP for this student must accompany this form.**