# EXHIBIT 4

---

**MSCS Prior Written Notice and Amended IEP**

Both dated August 25, 2026
Memphis-Shelby County Schools
(IEP redacted)

# Prior Written Notice

**District Name:** Memphis-Shelby County Schools
**District Address:** 160 S. Hollywood Street
Memphis TN, 38112

**Addressed To:** Danielle Woods
**Student:** Breniya Laquita Sanders
**School:** Hillcrest High School
**Grade:** 12th Grade

**Date of Decision(s):** 08/25/2026
**Date Sent:** 08/25/2026

**Purpose of Notice:** This document outlines important decisions made about your student's special education program. This notice is required **after** a decision has been made regarding matters affecting your student's IEP or eligibility for special education, but **before** any decision is implemented or changes to your student's program take place. Specifically, this notice must be given to you within at least ten (10) school days following the school district either proposing or refusing to initiate or change the identification, evaluation, or educational placement of your student, or the provision of a free appropriate public education (FAPE) to your student.

**1. Description of the action proposed or refused by the school district:**
The team proposed to conduct and in-state transfer to develop an annual IEP to reflect inclusion ELA and Math 5x's a week for 30min, and Intervention 5x's a week for 50m. Also to develop a post-secondary transition plan-to determine ESY participation. The district also proposed to discuss special transportation. The student is on a regular diploma track, and student will participate in EOC/TN ready with accommodations.

**2. Explanation of why the school district proposes or refuses to take this action:**
The district proposed the following actions for the following reasons:

-the student continues to demonstrate a deficit in both reading

and math based on the most current data received from the previous IEP and the student transferred from a charter to the SCS

District.

**3. Description of any options the school district considered prior to this proposal:**
Prior to this proposal the district considered Reviewing and amending the current IEP for compliance and to be able to meet the

needs of the students.

**4. Reasons the above listed options were rejected:**
The above listed options were not rejected for the following reasons:

-the team agreed to that the IEP was current, however because

the student was transferring from a charter school to a SCS school District school the IEP had to be amended to be in compliance

and to meet the needs of the students.

**5. Description of evaluation procedures, tests, records, or reports the school district used as a basis for the proposal or**

**refusal:**
Current IEP w/accommodations (Charter vs Memphis Shelby County Schools)

Most current evaluation

Teacher, parent, and student input

**6. Other factors relevant to the action proposed are:**
Meeting Attendees:

Ms. D.Woods (Conservatory)

Ms. K. Strong Ed.S. (Case Manager)

Mrs. T. Grace-Wilson (Asst. Principal)

Mrs. P. Wooten-Moore (Math Teacher)

The meeting started with introductions from each of the attendees: Woods, Strong, Grace-Wilson, and Wooten-Moore. Next Ms. Strong stated the purpose of the meeting was to amend the current IEP. Ms. Strong read and presented the "Procedural Safeguards", Woods agreed and signed the required document. Ms. Strong then proceeded to explain the reason for the amendment which was to update the IEP to be in compliance with Shelby County Schools District, since Breniya was coming from charter "IOTA: Hillcrest" and going to "SCS: Hillcrest". She addressed the changes that were made to the IEPs Accommodation section, woods agreed.

Ms. Strong also addressed woods goals and concerns for Breniya. Woods informed us that Breniya had missed 2.5 years of school. Ms. Strong stated that she would do a Senior Credit Audit to confirm that she is on track. Woods also stated that she wants her to attend school on a regular basis in order to graduate. She also stated that she wanted us to do whatever is best for Breniya.

And she wants her to be able to take care of herself as much as she can.

Ms. Strong stated that she will be working with her on her career, academic, and life goals. Woods had no more concerns, the team was asked if they had any questions or concerns for Breniya. The Team then concluded by signing all

unsigned documents and the meeting was adjourned.

---

Parents of a child with a disability are entitled to certain procedural safeguards as outlined in the **Notice of Procedural Safeguards**. Rights include the right to request a Due Process Hearing or to request mediation if there is disagreement with the services planned. If you would like a copy of the **Notice of Procedural Safeguards** and one was not included with this notice, you may request one through the contact listed below. We will be glad to answer any questions concerning the information or the rights outlined in this document.

**Contact Name:** Ms. Kawana Strong Ed.S.

**Contact Number:** 901-764-2882

**Contact Email:** StrongK@scsk12.org

You may find additional resources, including dispute resolution options, and contacts for the Office of General Counsel, on the Special Education Legal Services webpage:
https://www.tn.gov/education/legal-services/special-education-legal-services.html

---

**If the parent was not present at an IEP meeting that resulted in changes to the Individual Education Program (IEP), a completed IEP for this student must accompany this form.**

---

Memphis-Shelby County Schools
160 S. Hollywood Street
Memphis, TN 38112

**Individual Education Program (IEP)**

From: 08/25/2026 To: 04/07/2027
☐ Annual ☑ Amendment

## Student Information

**Student Name:** Breniya Laquita Sanders

**Gender:** F

**State ID:** [redacted]

**Student ID:** [redacted]

**Grade:** 12

**Hispanic Ethnicity:** No

**School:** Hillcrest High School

**DOB:** [redacted]

**Race:** Black or African American

**District:** Memphis-Shelby County Schools

| | | | |
|---|---|---|---|
| Primary Disability:<br>Secondary Disability:<br>Tertiary Disability: | Orthopedic Impairments | Re-evaluation of Eligibility Date: | 12/08/2026 |

**Medical Information Summary** [redacted]

**Relation to Student:** Mother
**Name:** Terri Hilger
**Address:** 4225 Ambrose Rd Memphis, TN 38116
**Home Phone:** 901-205-7328

**Relation to Student:** Father
**Name:** Bernard Sanders
**Address:** 4225 Ambrose Rd Memphis, TN 38116
**Home Phone:** 901-744-6425

**Relation to Student:** Conservator
**Name:** Danielle Woods
**Address:** 4225 Ambrose Rd Memphis, TN 38116
**Home Phone:** 901-403-8606

## Current Information and Consideration of Special Factors for IEP Development

Overview of student's current performance:
Breniya continues to demonstrate a mild, cordial, and highly cooperative temperament. She is an independent worker who consistently follows directives on the first attempt and is motivated by a strong desire to succeed and please her instructors. Her social skills remain a significant asset, as she maintains positive and respectful relationships with both her peers and adults in the school community.

Parent input and concerns:
As her conservator, Danielle Woods is committed to securing her future by ensuring she has full access to all available resources for long-term success.

Parent prevocational/postsecondary input and concerns:
Breniya was assessed using O*NET Interest Profiler career assessment, Breniya's results highlight a strong alignment with the Human Services career cluster. While she shows specific potential in areas such as Animal Service,

Nature/Outdoors, and Physical/Manual Labor, her primary vocational goal is to become a Nail Technician. This career choice perfectly bridges her interest in hands-on, physical work with her desire to serve others in a professional, cordial manner.

Description of the adverse impacts of the disability on the student:
Breniya's physical disability of Orthopedic Impairment due to Spina Bifida negatively impacts her physical navigation of educational environments and participation in fine/gross motor tasks, resulting in fewer opportunities for novel experiences and incidental learning. This impacts access to reading-related instruction, tasks such as physically handling texts, timed reading tasks, learning and using new vocabulary, and using background knowledge and context clues to make inferences).

1. Does the student have limited English proficiency? No

1a. If yes, what is his/her primary mode of language?

2. Is the student blind or visually impaired? No

2a. Does the student need instruction in Braille?

3. Is the student deaf or hard of hearing? No

If yes, did the IEP Team consider:
3a. If the student is deaf or hard of hearing, did the IEP team consider the student's language and communication needs?
3b. If the student is deaf or hard of hearing, did the IEP Team consider opportunities for direct communications with peers and professional personnel in the student's language and communication mode?
3c. If the student is deaf or hard of hearing, did the IEP Team consider necessary opportunities for direct instruction in the student's language and communication mode?

4. Does the student have a consistent, reliable, and effective mode of communication across all educational settings? Yes

If the student does not have a consistent, reliable, and effective mode of communication, the team should consider what assistive technology may be necessary for the student to respond and engage with their environment.

5. Is assistive technology necessary for the student to access and participate across all educational settings? (Consider AT needs across the domains of cognitive and academic, adaptive, communication, physical, and social-emotional). If yes, you must enter the AT device/equipment in the Add AT section within Supplementary Aids, Services and LRE. No

5a. Describe the AT considerations:

6. Does the student exhibit a pattern of behaviors that impede their learning or that of others? No

7. Does the student exhibit a pattern of behavior that places the student or others at risk of harm or injury? No

7a. If "Yes" to EITHER 6 or 7 OR BOTH 6 and 7, has the IEP team obtained parental consent to conduct FBA?

7b. If yes to 7a, IEP team has addressed the student's behavior by developing:

7c. Description of additional student supports:

# Postsecondary Transition Plan

### Measurable Postsecondary Goals

**Employment:**

After graduation, Breniya will work-full time in the area of cosmetology as a certified nail technician.

**Postsecondary Education/Training:**

After graduation, Breniya will enroll in a technical school to obtain certification in the area of cosmetology as a nail technician.

**Independent/Supported Living:**

After graduation, Breniya will live with family until she can live independently with support.

**Community Involvement:**

Breniya will access the community independently with scheduled door-to-door pick ups and drop offs from her designated location. She will attend community events and activities with her friends, family, or independently.

**Course of Study**

**Grade 9 Course of Study:** Algebra I, English 9, World History, Environmental Science, Lifetime Wellness, Freshman Advisory, General Music

**Grade 10 Course of Study:** Geometry, English 10, US History, Biology, Personal Finance/PE, Sophomore Advisory, Spanish I, Art

**Grade 11 Course of Study:** Algebra II, English 11, US Government/Economics, Chemistry, Spanish II, Junior Advisory, Art II

**Grade 12 Course of Study:** Bridge Math, English 12, Anatomy & Physiology, Post Secondary Career Planning, Senior Advisory, Media Arts, Speech & Communications

Is the course of study designed to reasonably enable the student to meet the measurable postsecondary goals? Yes

Are the Measurable Postsecondary Goals based upon age-appropriate transition assessments? Yes

**Assessments Used:** Breniya participated in a student interview.

## Present Levels of Academic Achievement and Functional Performance (PLAAFP) - Transition

**Assessment Area:**Transition

**Present Level of Performance:** Breniya is able to identify her career choice. She is aware that she will have to attend a post-secondary training program to become certified. She also wants to become more independent in her daily living. She will continue to work towards mastering the skills on the vocational assessment.

**Source(s) of Information:**

Vocational Checklist — Date Administered: 04/02/2026

Description of Assessment Results/Findings: Breniya has mastered some skills on the checklist; she should continue to work on skills in the areas of: employment, post-secondary, community, and independent living.

onet interest profiler — Date Administered: 04/02/2026

Description of Assessment Results/Findings: Breniya's results highlight a strong alignment with the Human Services career cluster. While she shows specific potential in areas such as Animal Service, Nature/Outdoors, and Physical/Manual Labor, her primary vocational goal is to become a Nail Technician.

## Measurable Annual Goals - Transition

Goal 1 of 1

**Area of Need:**Postsecondary Transition

**Student Name:** Breniya Laquita Sanders
**DOB:** [redacted]

Memphis-Shelby County Schools
**IEP Meeting Date:** 08/25/2026

**Annual Goal:** By the end of the IEP period, given access to the O*NET Interest Profiler and guided internet research, Breniya will identify two post-secondary schools and list three specific requirements for both enrollment and course completion (e.g., tuition cost, credit hours, or licensure exams) to obtain certification as a Nail Technician, achieving 100% accuracy across two consecutive trials as measured by a teacher-created rubric or transition portfolio.

| Benchmarks/Short Term Instructional Objectives | Anticipated Beginning Date | Progress Measurement Method |
|---|---|---|

## Transition Services (Age 14 or turning 14 during the IEP period)

**Postsecondary Transition Services Anticipated Date Range:** 04/08/2026 - 04/07/2027

**Instruction:**

Time management, communicate needs effectively

**Provider Title:** LEA/Student/Conservator/Advocate

**Related Services:**

N/A

**Community Experiences:**

N/A

**Employment and Post-school Adult Living Objectives:**

N/A

**Daily Living Objectives:**

Contact information for doctors, wheelchair repair, and other pertinent individuals who are critical for care; schedule appointments; prepare simple meals.

**Provider Title:** Family/Parent/Advocate/Conservator

**Functional Vocational Evaluation:**

N/A

**Other:**

N/A

**Was the student in attendance at the IEP Team Meeting?** No

**If the student was not in attendance, how were the student's preferences and interests considered?**

(Check all that apply.)

☐ Student interview ☐ Student survey ☐ Student portfolio ☐ Vocational Assessments

☐ Interest Inventory ☑ Other: (describe below)

**If you selected "Other," describe:** Conservatory in attendance

**Did other agencies participate in planning?** No

## Present Levels of Academic Achievement and Functional Performance (PLAAFP)

Levels of functioning should, when applicable, include norm referenced and/or criterion referenced data, as well as descriptive information of the student's deficit areas.

**Assessment Area:** Behavior **EXCEPTIONAL?** Yes

**Present Level of Performance:** Breniya should work towards communicating effectively to express how she is feeling.

**Does the student's performance require specialized instruction?** Yes

**Impact of Mastery of Standards:** The orthopedic impairment impacts Breniya's ability to write quickly and effectively, which hinders their performance in math problem-solving and reading comprehension tasks. This disability affects their involvement in general education settings as they may need additional time and adaptive tools to complete assignments. Participation in age-appropriate activities is sometimes limited due to physical challenges, which may affect their confidence and social interactions with peers. As a result, Breniya may experience frustration during assessments, leading to decreased motivation. Continuous support and tailored interventions are essential for Breniya to access the curriculum successfully.

**Source(s) of Information:**

**Assessment Area:** Gross Motor **EXCEPTIONAL?** Yes

**Present Level of Performance:** At School: Breniya is an 11th grade student at Hillcrest High School. Breniya is able to maneuver a manual wheelchair independently throughout her learning environment. Breniya requires supervision or environmental set up to complete transfers between same level surfaces. [redacted] Breniya can navigate indoor and outdoor areas of her school campus in her manual wheelchair independently. On the
Wheelchair skills test, she is able to perform the following skills with her manual chair in the school setting: move forward, backward, turn in place, turn while moving forwards and backwards, reach for object on floor, shift her weight in chair and perform pressure relief and repositioning, ascend and descend a ramp (access to front of school, gymnasium, and cafeteria), move around obstacles, get through a hinged door. Breniya is careful and may require several attempts at moving over an obstacle like a gap in the rolling surface or uneven surface but can be successful when given extra time and practice. Emergency preparedness when not on the first floor (safety in real situations and practice participation during fire drills, intruder drills, tornado drills, etc.): Breniya requires assist with stair negotiation/emergency evacuation equipment when elevator is not working or not able to be used in an emergency. Breniya was able to passively experience a stair negotiation emergency evacuation practice trial without peers in the 2023-2024 school year one time, but has not had the
opportunity to negotiate the stairs using emergency evacuation equipment this year and was not present when staff training occurred at the beginning of the year. Staff and alternate staff may benefit from repeated practice to be successful in a real-time emergency or evacuation trial with peers present, as is required by school policy for emergency drills at school. Breniya is 19 years old and would benefit from learning the process of the emergency evacuation then taking an active role in advocating for her own safety and comfort as knowledgeable person in her evacuation team.

**Does the student's performance require specialized instruction?** Yes

**Impact of Mastery of Standards:** Decreased strength (in legs- impairment of spina bifida, hip dislocation), Decreased Range of Motion (in legs due to impairment of spina bifida, hip dislocation, foot/knee/hip contractures), Gross motor dysfunction (in association with limitations as a result of spina bifida), Impaired balance ( in standing due to lower extremity limitations from spina bifida and hip dislocation), Impaired coordination (in lower extremities due to hip dislocation and lower extremity limitations from spina bifida), Impaired motor planning (associated with spina bifida (decreased sensation in lower extremities, decreased strength)), Decreased sensory motor integration ([redacted] decreased sensation in legs), Decreased postural control (in association with scoliosis), Decreased body awareness (due to limitations from spina bifida- decreased sensation), Decreased attention to task. Adversely impacts educational performance by limiting the Breniya's: Emergency preparedness, and Safe access when negotiating stairs (when elevator is not available (fire, emergency)).

**Source(s) of Information:**

Wheel Chair Skills Test 5.2 — Date Administered: 01/30/2025

SubTest: School Access and Participation — Other: Met Criterion/Did Not Meet Criterion: Continues to Meet criterion for access in hallways and on level/ slight uneven surfaces; The WST does not test emergency preparedness from the second floor Other: Wheel Chair Skills Test (WST) Percentile Rank: Wheelchair Skills Test (WST) Score: 92%-The WST is a set of standardized evaluation methods that permit the capacity of a subject to perform representative wheelchair skills in a standardized setting to be simply and inexpensively documented. The WST is intended to objectively assess a specific subject using a specific wheelchair in a standardized manner to perform a specific skill at a specific point in time. * Breniya's Manual Wheelchair has anti-tip bars to prevent backward tipping of chair for safety which negates wheelie activities on the WST form. She was able to perform an "advanced pass" or "pass" on all other categories except for ascending a low curb, where she received a partial pass due to limited opportunity at school during school schedule. A partial pass allows the subject to complete most of the criteria OR direct the actions of another person. Breniya did not fail any tasks on the modified (for anti-tip bars) Wheelchair Skills Test Version 5.2 form for Manual Wheelchairs.

**Assessment Area:** Math Problem Solving **EXCEPTIONAL?** Yes

**Present Level of Performance:** Test results indicate that Breniya would benefit from intensive intervention focused on skills and concepts related to number sense fluency, mental computation fluency and representation. Instruction that connects understanding of algebraic representation, computation, and problem solving skills will strengthen Breniya´s math abilities across domains.

**Does the student's performance require specialized instruction?** Yes

**Impact of Mastery of Standards:** The orthopedic impairment impacts Breniya's ability to write quickly and effectively, which hinders their performance in math problem-solving and reading comprehension tasks. This disability affects their involvement in general education settings as they may need additional time and adaptive tools to complete assignments. Participation in age-appropriate activities is sometimes limited due to physical challenges, which may affect their confidence and social interactions with peers. As a result, Breniya may experience frustration during assessments, leading to decreased motivation. Continuous support and tailored interventions are essential for Breniya to access the curriculum successfully.

**Source(s) of Information:**

AIMSweb - Math — Date Administered: 01/23/2025

SubTest: Math — Percentile Rank: 6
Other: Performance level: Well Below Average

**Assessment Area:** Reading Comprehension **EXCEPTIONAL?** Yes

**Present Level of Performance:** Results indicate that Breniya may lack key Comprehension strategies, but the low

Vocabulary score suggests substantial gaps in word knowledge. Instruction in word meanings and word-learning strategies will support Breniya's continued growth in overall Comprehension.

**Does the student's performance require specialized instruction?** Yes

**Impact of Mastery of Standards:** The orthopedic impairment impacts Breniya's ability to write quickly and effectively, which hinders their performance in math problem-solving and reading comprehension tasks. This disability affects their involvement in general education settings as they may need additional time and adaptive tools to complete assignments. Participation in age-appropriate activities is sometimes limited due to physical challenges, which may affect their confidence and social interactions with peers. As a result, Breniya may experience frustration during assessments, leading to decreased motivation. Continuous support and tailored interventions are essential for Breniya to access the curriculum successfully.

**Source(s) of Information:**

| | |
|---|---|
| AIMSweb - Reading<br>SubTest: Vocabulary | Date Administered: 01/23/2026<br>Percentile Rank: 21<br>Standard Score: 211<br>Other: Performance level: Below Average |
| AIMSweb - Reading<br>SubTest: Reading Comprehension | Date Administered: 01/23/2026<br>Percentile Rank: 19<br>Standard Score: 213<br>Other: Performance level: Below Average |

## Measurable Annual Goals and Benchmarks/Short-term Instructional Objectives for IEP and Transition Activities

Reported progress on IEP goals and objectives must be provided to parents concurrent with the issuance of report cards.

**Area of Need:** Behavior **Goal** 1 **of** 4
**Annual Goal:** Breniya will use words and phrases to communicate and express her feelings and needs 100% accuracy in 4/4 trials per quarter as measured by observations during social work sessions.

**Area of Need:** Gross Motor **Goal** 2 **of** 4
**Annual Goal:** Given the need for emergency preparedness (fire, tornado, etc.) and/or need for safe transition from second floor classes at school when elevator is not available, Breniya will actively participate in assisted stair negotiation with specialized equipment and support from staff by propelling herself to the evacuation site, transferring from/to her wheelchair to another supportive surface, and by learning the evacuation process in order to direct, make suggestions and/or self-advocate for safety during the evacuation process, 100% of stair negotiations during the IEP period, as obtained from quarterly observation and/ or teacher/staff data collection.

**Area of Need:** Math Problem Solving **Goal** 3 **of** 4
**Annual Goal:** By the end of the IEP period, when given a set of 3-digit numbers (up to 1,000), fractions (with common denominators), or decimals (up to the hundredths place), Breniya will correctly identify, compare, and order the numbers and verbally or written explain her reasoning using place value vocabulary, with 80% accuracy in 4 out of 5 trials, as measured by teacher-made worksheets, math journal entries, and observation.

**Area of Need:** Reading Comprehension **Goal** 4 **of** 4
**Annual Goal:** When given grade level text, Breniya will learn new vocabulary using examples, synonyms and antonyms, and by connecting to other words and concepts with 75% accuracy in 3/4 trials per grading quarter as measured by her performance on class-based assignments by the IEP end date.

## Statewide Assessments

**Will the student be taking the general education assessment? Yes**

## Supplementary Aids, Services, and Least Restrictive Environment

**Support(s) or training needed by school personnel in order to support the student in their goal(s):**

No supports or training needed by school personnel in order to support the student in their goals.

**Assistive Technology**

| Type of Device | Provider Responsible | Description | Begin - End Dates | Settings |
|---|---|---|---|---|
| Mobility Aid Wheelchair | Parent | Breniya needs a wheelchair to navigate a variety of terrains (grass to blacktop) in her school environment. | 04/08/2026 - 04/07/2027 | Daily- throughout the school day. |

## Accommodations

| Accommodation | Details (if applicable) | Area(s) | Acad. | Non-Acad. | Testing |
|---|---|---|---|---|---|
| Eliminate Answer Choices | | All Areas, All Academic Areas | ☑ | ☐ | ☐ |
| Extended time | 1.5 | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☑ |
| Flexible Setting | | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☐ |
| Give directions in small, distinct steps | | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☐ |
| Highlighter | | All Areas, All Academic Areas | ☑ | ☐ | ☐ |
| Oral presentation | | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☑ |
| Planned/preferential seating | | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☐ |
| Repeat oral instructions verbatim | | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☐ |
| Rest or breaks | | All Areas, All Academic Areas, All Non-Academic Areas | ☑ | ☑ | ☑ |

## Program Modifications

The duration of a modification is intended to be provided throughout the period of the IEP unless specified differently in

the Description or Additional Details portion of that Modification.

| Modification | Description | Additional Details |
|---|---|---|

## Special Education and Related Services

### Direct Special Education

| Type of Service | Provider Title | Sessions Per | Time Per Session | Hours Per Week | Beginning - Ending Dates | Location of Services |
|---|---|---|---|---|---|---|
| 1:1 Support Professional | LEA | 5 times/W | 7 hours | 35 | 08/25/2026 - 04/07/2027 | General Education |
| Support for Goal 1, Goal 3, Goal PS 1, Goal 4 | | | | | | |
| Social Work Services | LEA | 2 times/W | 30 minutes | 1 | 08/25/2026 - 04/07/2027 | Service Provider Location |
| Support for Goal 1 | | | | | | |
| Inclusion Math | Special Education Teacher Charter | 1 times/Day | 30 minutes | 2.5 | 08/25/2026 - 04/07/2027 | General Education |
| Support for Goal 3 | | | | | | |
| Intervention | Special Education Teacher Charter | 1 times/Day | 50 minutes | 4.16666666666667 | 08/25/2026 - 04/07/2027 | Special Ed Setting |
| Support for Goal 3, Goal PS 1, Goal 4 | | | | | | |
| Inclusion ELA | Special Education Teacher Charter | 1 times/Day | 30 minutes | 2.5 | 08/25/2026 - 04/07/2027 | General Education |
| Support for Goal 4 | | | | | | |

**Student Name:** Breniya Laquita Sanders
**DOB:** [redacted]

Memphis-Shelby County Schools
**IEP Meeting Date:** 08/25/2026

**Related Service(s), Including Instruction from Specialized Personnel**

| Type of Service | Provider Title | Sessions Per | Time Per Session | Hours Per Week | Beginning - Ending Dates | Location of Services |
|---|---|---|---|---|---|---|
| Physical Therapy | 1:1 Support Professional | 4 times/Y | 15 minutes | 0.025 | 08/25/2026 - 04/07/2027 | Service Provider Location |

Support for Goal 2

**Total Special Ed Minutes by Date Range**

| Begin Date | End Date | Minutes per Week |
|---|---|---|
| 08/25/2026 | 04/07/2027 | 2712 |

**Note: Service Dates apply during the normal school year, not ESY, unless specified.**

## LRE and General Education

1. Explain the extent, if any, in which the student will not participate with non-disabled peers in the regular class: Breniya will participate in the general education classes with her non-disabled peers during all classes except intervention 2xm for 30 min, Social work services 2xw for 30 min, and PT Consultation 4xy for 15 min.

2. Explain the extent, if any, in which the student will not participate with non-disabled peers in extracurricular and nonacademic activities: Breniya will participate in extracurricular activities with her non-disabled peers 100% of the time.

3. and/or, his/her LEA Home School: Breniya will attend her zoned LEA or one chosen by her family.

## Special Transportation

| Special Transportation & Supports | Special Instructions | Num Session | Session Length | Begin/End Date |
|---|---|---|---|---|
| Type: Special Bus with Lift, etc | | 2 | day | 08/25/2026 - 04/07/2027 |

## Extended School Year (ESY)

The IEP Team will reconvene to determine if ESY is required by 05/14/2027.

**Student Name:** Breniya Laquita Sanders
**DOB:** [redacted]

Memphis-Shelby County Schools
**IEP Meeting Date:** 08/25/2026

# IEP Participants

The following individuals attend the IEP Team and participated in the development of this Individualized Education Program.

| Position | Signature | In Agreement | Date |
|---|---|---|---|
| Parent/Guardian | | ☐ Yes ☐ No | |
| Local Education Agency Representative | | ☐ Yes ☐ No | |
| General Education Teacher | | ☐ Yes ☐ No | |
| Special Education Teacher/Provider | | ☐ Yes ☐ No | |
| Interpreter of Evaluation Results | | ☐ Yes ☐ No | |
| Student | | ☐ Yes ☐ No | |
| Conservator | | ☐ Yes ☐ No | |
| Education Advocate | | ☐ Yes ☐ No | |
| Physical Therapist | | ☐ Yes ☐ No | |

# Informed Parental Consent

*All special education related rights vest in the child when the child attains eighteen (18) years of age, unless a determination otherwise has been made in accordance with T.C.A. §§ 34-1-101 et seq. and §§ 34-3-101. This form should be completed by:

- The student's parent (as defined in 34 C.F.R. §300.30 and SBE Rule 0520-01-09-.02(11)) If the student is under 18-years-old;
- The student's conservator or representative if the student is over 18-years-old and a valid conservatorship or power of attorney exists; or
- The student if the student is over 18-years old and no conservatorship or power of attorney exists.

**Please select 'Yes' or 'No' for each statement below:**

☐ Yes ☐ No I have been fully informed in my native language or my preferred mode of communication of all information relevant to the proposed program described in this IEP.

☐ Yes ☐ No I have been offered a copy of the notice of

**Please select one of the following options:**

☐ A draft IEP was developed and a copy was provided at least 48 hours prior to the IEP team meeting.

☐ A draft IEP was developed, but a copy was

procedural safeguards and know who to contact with any questions about my rights outlined in the procedural safeguards.

☐ Yes ☐ No I understand that my consent is voluntary and may be revoked at any time.

not provided at least 48 hours prior to the IEP team meeting.

☐ A draft IEP was developed, but a copy was declined.

☑ A draft IEP was not developed prior to the IEP team meeting.

☐ Yes ☐ No I agree that a draft IEP was not developed prior to the IEP team meeting.

☐ If an evaluation was conducted, I received a copy of my child's evaluation report(s) utilized in planning the educational program at least 48 hours prior to the meeting.

☐ If an evaluation was conducted, I did not receive a copy of my child's evaluation report(s) at least 48 hours prior to the meeting.

*on paper copy*

Signature Date

**I am the :** ☐ Parent/Guardian ☐ Student

**Date IEP was given to parent(s)/student:** 08/25/2026

**If the parent(s) or student aged 18 year or older with vested educational rights did not attend, the person responsible for forwarding and explaining the IEP to the parents/student along with their rights:**

## Documentation of IEP Review by Other Teachers not in Attendance:

Signature Date Signature Date

Signature Date Signature Date

| Signature | Date | Signature | Date |
|---|---|---|---|