# EXHIBIT 5

## MSCS Transportation Order

Approved September 2, 2026
(Redacted)

Memphis-Shelby County Schools
The Department of Exceptional Children

Transportation Order

**Tracking** [redacted]

**Date:** 09/02/2026

## STUDENT INFORMATION:

| STUDENT'S LAST NAME: Sanders | FIRST NAME: Breniya | MIDDLE NAME: Laquita | BIRTHDATE: [redacted] | AGE: 19 | GRADE: 12th | GENDER: F |
|---|---|---|---|---|---|---|
| STUDENT'S ADDRESS: 4225 Ambrose Rd | CITY: Memphis | STATE: TN | ZIP: 38116 | STUDENT ID: [redacted] | | STATE ID: [redacted] |
| PARENT/GUARDIAN/SURROGATE 1 Danielle Woods | | HOME PHONE: 901-403-8606 | | WORK PHONE: | | CELL PHONE: 901-403-8606 |
| PARENT/GUARDIAN/SURROGATE 2 Bernard Sanders | | HOME PHONE: 901-744-6425 | | WORK PHONE: | | CELL PHONE: 901-744-6425 |
| PRIMARY DISABILITY/IMPAIRMENT: Orthopedic Impairments | | SECONDARY DISABILITY/IMPAIRMENT: | | | | |

## TRANSPORTATION INFORMATION:

**Request Type:** SPED - New Request

**Class Type:** Other
**Explanation if "Other":** Student is in a wheelchair

School: Hillcrest High School

Destination School: Hillcrest High School

Emergency Contact 1: Terri Hilger — Phone: 901-205-7328
Emergency Contact 2: Danielle Woods — Phone: 9014038606

Special Arrangements: Type: Special Bus with Lift, etc
Critical Medical Information: Allergies
Special Instructions: Student is in a wheelchair. Bus must have Wheel Chair lift

| Transportation | Address Type | Contact Name | Address | City | State | ZIP | Contact Phone | M | T | W | Th | F | AM | PM | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Special Ed Bus | Other | Danielle Woods | 4225 Ambrose Rd | Memphis | TN | 38116 | 901-403-8606 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 08/24/2026 | 05/28/2027 |

---

**Office Use Only:**

Creator: Kawana Strong

Created Date: 08/27/2026

Special Education Supervisor: Annette Vaughan
Supervisor Response: Approved
Supervisor Comment: Wheelchair accessible bus to Hillcrest High School M-F.
Effective Date:

Supervisor Response Date: 09/02/2026