# EXHIBIT 6

---

**Email Correspondence Between Danielle Woods and**

Laura Bailey, Senior Associate Counsel, MSCS Office of General Counsel
September 29 – October 23, 2026

---------- Forwarded message ---------
From: **Danielle Woods** <danielle@woodstn.net>
Date: Fri, Oct 23, 2026 at 9:33 AM
Subject: Re: EXTERNAL - Re: FW: EXTERNAL - Re: Student B.S. at MSCS
To: LAURA A BAILEY <BAILEYLA@scsk12.org>
Cc: JAMIE MORTON <MORTONJ2@scsk12.org>

Hi Laura,

Any update?

thanks,
Danielle

Danielle M. Woods, *Attorney*
Woods Law Firm, PLLC
Office: (901) 403-8606
Fax: (901) 582-6827
danielle@woodstn.net
2298 Young Ave. PMB 1060
Memphis, TN 38104

Access the Client Portal, make payments, and request appointments by visiting our Website

On Mon, Oct 19, 2026 at 5:53 PM LAURA A BAILEY <BAILEYLA@scsk12.org> wrote:

> Dear Ms. Woods,
>
> It looks like I will need time a little more time get the special education transportation routed to Fairley. I am working to have that set up as soon as possible.
>
> This will be my top priority for tomorrow morning. We will also get the registration/enrollment updated tomorrow.
>
> I will report back tomorrow, and hopefully, we will have a confirmed date and time for the sped transportation pick-up/drop-off.
>
> I am going to ask to have this expedited to get B. back asap.
>
> Thank you for your patience.
>
> Sincerely,
>
> Laura Bailey, Attorney

Senior Associate Counsel

Office of General Counsel

Memphis-Shelby County Schools

Main Phone: 901-416-6370

Direct Phone: 901-416-6372

---

**From:** LAURA A BAILEY
**Sent:** Monday, October 19, 2026 4:08 PM
**To:** 'Danielle Woods' <danielle@woodstn.net>
**Cc:** JAMIE MORTON <MORTONJ2@scsk12.org>
**Subject:** RE: EXTERNAL - Re: FW: EXTERNAL - Re: Student B.S. at MSCS

Dear Ms. Woods,

Yes, thank you for following up. I am working to confirm that special education transportation has her routed for Fairley for tomorrow. I will email you today with an update.

Sincerely,

Laura Bailey, Attorney

Senior Associate Counsel

Office of General Counsel

Memphis-Shelby County Schools

Main Phone: 901-416-6370

Direct Phone: 901-416-6372

---

**From:** Danielle Woods <danielle@woodstn.net>
**Sent:** Monday, October 19, 2026 3:25 PM
**To:** LAURA A BAILEY <BAILEYLA@scsk12.org>
**Cc:** JAMIE MORTON <MORTONJ2@scsk12.org>
**Subject:** EXTERNAL - Re: FW: EXTERNAL - Re: Student B.S. at MSCS

*****This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected emails.*****

Hi Ms. Bailey,

Are there any updates regarding Breniya Sanders?

thank you,

Danielle

Danielle M. Woods, *Attorney*
Woods Law Firm, PLLC
Office: (901) 403-8606
Fax: (901) 582-6827
danielle@woodstn.net
2298 Young Ave. PMB 1060
Memphis, TN 38104

Access the Client Portal, make payments, and request appointments by visiting our Website

On Mon, Oct 5, 2026 at 8:48 AM Danielle Woods <danielle@woodstn.net> wrote:

> Good morning Ms. Bailey,
>
> Just checking in to see if you have any update regarding Breniya Sanders.
>
> Thank you,
>
> Danielle

On Thu, Oct 1, 2026 at 2:36 PM LAURA A BAILEY <BAILEYLA@scsk12.org> wrote:

Dear Danielle,

Thank you for emailing your conservatorship order. Let me see what information I can obtain and get back to you. It may be tomorrow, but I will prioritize this so that B.S. can be in attendance asap.

Sincerely,

Laura Bailey, Attorney

Senior Associate Counsel

Office of General Counsel

Memphis-Shelby County Schools

Main Phone: 901-416-6370

Direct Phone: 901-416-6372

---

**From:** Danielle Woods <danielle@woodstn.net>
**Sent:** Thursday, October 1, 2026 1:15 PM
**To:** LAURA A BAILEY <BAILEYLA@scsk12.org>
**Cc:** JAMIE MORTON <MORTONJ2@scsk12.org>
**Subject:** EXTERNAL - Re: Student B.S. at MSCS

*****This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected emails.*****

Hi Laura,

Please find attached the order appointing me as the conservator for Breniya Sanders.

We were previously waiting on a transportation order and were then told she would need to transfer to Fairley, though I understand that was in error. I have also been waiting for an update from Dr. Portia Hardman or someone at Hillcrest.

Could you please let me know the next steps to get Breniya in classes?

Thanks!
Danielle

On Tue, Sep 29, 2026 at 5:15 PM LAURA A BAILEY <BAILEYLA@scsk12.org> wrote:

Dear Danielle,

I hope that this email finds you well. I understand that you have been in communication with MSCS regarding Breniya Sanders. Please let me know what information you are requesting regarding this student and your relationship with this student (GAL, legal representative, etc.) and provide a letter of representation or appointment order.

Once I have confirmation that I can share information with you, I will be glad to assist you.

Going forward, please include me on all your communications with MSCS employees regarding this or other students. I thank you in advance for your cooperation and understanding in this regard.

Sincerely,

Laura Bailey, Attorney

Senior Associate Counsel

Office of General Counsel

160 Glenn Rogers Sr. Street

Coe Bldg. | Suite 218
Memphis, TN 38112

Main Phone: 901-416-6370 | Direct Phone: 901-416-6372