# EXHIBIT 7

---

## Email Correspondence Between Holly McLaughlin, Ed.S., and MSCS

July 27 – August 20, 2026 (Drs. Mary R. Berk and Natalie Wilkins)
September 17, 2026 (Kawana Strong, Ed.S.)

[redacted]

**Subject:** Re: EXTERNAL - URGENT: Follow Up Needed
**Date:** Thursday, August 20, 2026 at 10:04:44 AM Eastern Daylight Time
**From:** Holly McLaughlin
**To:** NATALIE WILKINS, MARY R BERK
**Attachments:** image001.jpg, Outlook-e0c43f3r.png, image.png

Yes please. Thank you. I feel like this is such a mess, and we need to help this student out immediately.

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 769 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com
NATIONAL CARE ADVISORS
Planning for care. For life.

---

**From:** NATALIE WILKINS <WILKINSN1@scsk12.org>
**Date:** Wednesday, August 19, 2026 at 7:04 PM
**To:** Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>; MARY R BERK <BERKMR@scsk12.org>
**Subject:** Re: EXTERNAL - URGENT: Follow Up Needed

Good morning,

I have asked the Psychologist to follow up with the school to see if they have any documentation and have reached out the OT/PT advisor regarding the transportation and nursing issues. I will follow up with both at the end of the day tomorrow to gather more information. I am also forward our communications to them so they understand the needs more fully.

Greatness Grows Here!

Natalie Wilkins, PhD
Licensed Psychologist, HSP
Manager | Psychologists
Exceptional Education
Memphis-Shelby County Schools
Bond Administration Building | 2930 Airways Blvd. | Memphis, TN | 38116
Main Phone: 901-416-5600 Direct Phone: 901-416-1397

This email message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited. If you have received this message in error, please destroy all copies of the original message (including attachments) and notify me immediately by reply email message or by telephone at 901-416-5600.

---

**From:** Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>
**Sent:** Wednesday, August 19, 2026 4:12 PM
**To:** NATALIE WILKINS <WILKINSN1@scsk12.org>; MARY R BERK <BERKMR@scsk12.org>
**Subject:** EXTERNAL - URGENT: Follow Up Needed

*****This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected emails.*****

Hello Ms. Wilkins,

I'm not sure as no one got back to us before hands switched over to y'all. Can you please check for me? I know the parent/guardian forms were completed. But the teacher forms? I'm not sure. Can you please check?

Also- I was informed by the conservator today that no transportation is being provided or a nurse and that we would have to provide transportation and a nurse for her schooling. That completely violates her right to FAPE.

We need to schedule an emergency IEP meeting to discuss the following with the team:

1. Updating her report and eligibility, if applicable
2. Transportation
3. Nurse

Please let me know the earliest time we can schedule this. Thank you for your help and support.

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 769 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com
NATIONAL
CARE
ADVISORS
Planning for care. For life.

---

**From:** NATALIE WILKINS <WILKINSN1@scsk12.org>
**Date:** Thursday, August 6, 2026 at 12:49 PM
**To:** Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>; MARY R BERK <BERKMR@scsk12.org>
**Subject:** Re: EXTERNAL - URGENT: Follow Up Needed

Good morning,

This information has been shared with the psycholist assigned to the school.

I will follow up on status. Does the school have the forms you referenced from the previous district?

Greatness Grows Here!
Natalie Wilkins, PhD
Licensed Psychologist, HSP
Manager | Psychologists
Exceptional Education
Memphis-Shelby County Schools
Bond Administration Building | 2930 Airways Blvd. | Memphis, TN | 38116
Main Phone: 901-416-5600 Direct Phone: 901-416-1397

This email message (including any attachments) is for the sole use of the intended recipient(s) and may

contain confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited. If you have received this message in error, please destroy all copies of the original message (including attachments) and notify me immediately by reply email message or by telephone at 901-416-5600.

---

**From:** Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>
**Sent:** Thursday, August 6, 2026 11:41 AM
**To:** MARY R BERK <BERKMR@scsk12.org>; NATALIE WILKINS <WILKINSN1@scsk12.org>
**Subject:** EXTERNAL - URGENT: Follow Up Needed

*****This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected emails.*****

Hi Dr. Berk and Dr. Wilkins,

I sent the email below on July 27 and haven't heard back. Can you please let me know the status of having a meeting regarding Breniya Sanders? Thank you.

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 769 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com
NATIONAL CARE ADVISORS
Planning for care. For life.

---

**From:** Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>
**Date:** Monday, July 27, 2026 at 3:28 PM
**To:** berkmr@scsk12.org <berkmr@scsk12.org>; wilkinsn1@scsk12.org <wilkinsn1@scsk12.org>
**Subject:** Important: Meeting needed

Good afternoon, Dr. Berk and Dr. Wilkins,

I am Breniya Sanders's education consultant, Holly McLaughlin. I worked with the Iota

school's School Psychologist to get rating scales completed. Both the teacher and Breniya's parent completed them, and we had scheduled a meeting on the last Friday before the hands turned over to Memphis Shelby County Schools. However, no one showed up on the zoom meeting. I have attached a Release signed by Breniya's conservator, Danielle Woods. Please let me know when we can have a meeting to review the rating scales and possibly update her eligibility. Thank you.

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 769 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com

NATIONAL
CARE
ADVISORS
Planning for care. For life.

---

| | |
|---|---|
| **Subject:** | Re: B. Sanders Transportation |
| **Date:** | Thursday, September 17, 2026 at 2:52:05 PM Eastern Daylight Time |
| **From:** | Holly McLaughlin |
| **To:** | KAWANA STRONG, Danielle Woods |
| **Attachments:** | image.png, image001.jpg |

Hi Ms. Strong,

Thank you for the update. I think we need to expedite our IEP meeting based on your email. We need to discuss placement, transportation and also any social/emotional impact moving Breniya. Can you please make sure a representative from transportation is invited? Thank you!!

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 7069 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com

NATIONAL CARE ADVISORS
Planning for care. For life.

---

**From:** KAWANA STRONG <STRONGK@scsk12.org>
**Date:** Thursday, September 17, 2026 at 2:18 PM
**To:** Danielle Woods <danielle@woodstn.net>; Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>
**Subject:** B. Sanders Transportation

Greetings,
I contacted SCS Transportation and spoke with Stephanie Sisk. She stated that the only wheelchair accessory bus is assigned Fairley High School's route. She also informed me that the bus literally goes past the Sander's home. She stated that her supervisor informed her that Hillcrest students who require a Wheelchair access bus and Functional Skills student would both be assigned to Fairley High School.

I am about to meet with my principal to inform her of this new information.

Greatness Grows Here!

*Kawana Strong Ed.S.*
Exceptional Learners Chairperson
Hillcrest High School
4184 Graceland Drive
Memphis, TN 38116
901-416-3104 Wk.
901-764-2882 cell