# EXHIBIT 8

**Email Correspondence Between Danielle Woods and Kawana Strong, Ed.S.**

Hillcrest High School
September 2 and September 17, 2026

Gmail Danielle Woods <danielle@woodstn.net>

# IEP- Breniya Sanders

3 messages

**Danielle Woods** <danielle@woodstn.net> Wed, Sep 2, 2026 at 10:27 AM
To: strongk@scsk12.org
Cc: Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>

Hi Ms. Strong,

Thank you for your continued support of Breniya. I have attached the signed copy of the IEP. Please let me know what action is needed from me to help secure transportation for Breniya.

As you are aware I will be transitioning from Breniya's conservator and a new conservator will take over in the coming weeks. In an effort to ease this transition, the current support team for Breniya has reviewed the IEP.

After reviewing her current IEP, the team would like to discuss several areas. I am cc'ing Holly McLaughlin, Breniya's Education Advocate, who will remain part of her support team even as the new conservator comes aboard.

Because Breniya is 19 and in her senior year, we want to ensure her IEP accurately reflects her current needs and adequately prepares her for safety, independence, and transition after high school.

First, we request that the team reconvene as soon as possible to address Breniya's reevaluation and eligibility. This discussion, to review updated adaptive rating scales and eligibility changes, was scheduled for last spring but did not occur. Although her IEP lists a reevaluation date of December 8, 2026, we ask not to wait until then since the updated adaptive data has already been obtained. We would like to review the scales, discuss eligibility, and determine if additional data is needed.

We would also like to address the following concerns within the current IEP:

- Emergency Evacuation and Staff Training: The IEP contains conflicting information regarding staff training for Breniya's evacuation equipment. We request a clear emergency evacuation plan, identification of trained primary and backup staff, and practice opportunities for Breniya and staff.
- PT Services: Breniya receives PT only four times per year for 15 minutes, despite having annual goals involving transfers, evacuation equipment, stairs, and emergency preparedness. We would like to discuss whether this frequency is sufficient.
- Transition Planning: Despite Breniya's goal to become a certified nail technician, several transition areas are marked "N/A." Given her age, we request a comprehensive transition plan addressing technical school enrollment, accessibility, accommodations, transportation, vocational services, and adult independence.
- Academic and Assistive Technology Needs: We would like the team to review current academic data and discuss whether Breniya requires assistive technology for written output and academic access.
- Personal Care and Health Needs: The IEP documents significant daily personal care needs, including pressure relief every 30 minutes. We need clarification regarding who is responsible for these tasks, staff training, and backup coverage.

While we appreciate Breniya's existing support, including her full-day 1:1 aide, our goal is to align her services with her current needs as she prepares to graduate.

Please provide dates and times for an IEP and eligibility meeting as soon as possible, along with a virtual meeting link for her advocate, Holly McLaughlin (hmclaughlin@nationalcareadvisors.com).

Please confirm receipt of this email.

Best regards,

Danielle Woods

Danielle M. Woods, *Attorney*
Woods Law Firm, PLLC
Office: (901) 403-8606
Fax: (901) 582-6827
danielle@woodstn.net
2298 Young Ave. PMB 1060
Memphis, TN 38104

Access the Client Portal, make payments, and request appointments by visiting our Website

---

**D548655!1516!tnshelbycountyiep!11-14-41-145166!8-27-26.pdf**
178K

---

**Holly McLaughlin** <hmclaughlin@nationalcareadvisors.com> Wed, Sep 2, 2026 at 3:06 PM
To: Danielle Woods <danielle@woodstn.net>, "strongk@scsk12.org" <strongk@scsk12.org>

Thank you, Danielle.

Good afternoon, Ms. Strong. I look forward to working with you. Please send me a Teams Meeting invite so I can participate virtually. Thank you.

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 7069 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com

NATIONAL CARE ADVISORS
Planning for care. For life.

[Quoted text hidden]

---

**Holly McLaughlin** <hmclaughlin@nationalcareadvisors.com> Mon, Sep 14, 2026 at 8:23 AM
To: Danielle Woods <danielle@woodstn.net>, "strongk@scsk12.org" <strongk@scsk12.org>

Good morning Ms. Strong,

Would you mind letting Danielle and I know that you received her email on 9/2/26? Also, I need to get the school nurse's contact information- name and email. Can you please provide that to me? Thank you.

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 7069 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com

NATIONAL CARE ADVISORS
Planning for care. For life.

---

**From:** Danielle Woods <danielle@woodstn.net>
**Date:** Wednesday, September 2, 2026 at 11:28 AM
**To:** strongk@scsk12.org <strongk@scsk12.org>
**Cc:** Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>
**Subject:** IEP- Breniya Sanders

[Quoted text hidden]

# B. Sanders Transportation

3 messages

---

**KAWANA STRONG** <STRONGK@scsk12.org> Thu, Sep 17, 2026 at 1:03 PM
To: Danielle Woods <danielle@woodstn.net>, Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>

Greetings,
I contacted SCS Transportation and spoke with Stephanie Sisk. She stated that the only wheelchair accessory bus is assigned Fairley High School's route. She also informed me that the bus literally goes past the Sander's home. She stated that her supervisor informed her that Hillcrest students who require a Wheelchair access bus and Functional Skills student would both be assigned to Fairley High School.

I am about to meet with my principal to inform her of this new information.

Greatness Grows Here!

*Kawana Strong Ed.S.*
Exceptional Learners Chairperson
Hillcrest High School
4184 Graceland Drive
Memphis, TN 38116
901-416-3104 Wk.
901-764-2882 cell

---

**Danielle Woods** <danielle@woodstn.net> Thu, Sep 17, 2026 at 1:17 PM
To: KAWANA STRONG <STRONGK@scsk12.org>
Cc: Holly McLaughlin <hmclaughlin@nationalcareadvisors.com>

Thank you for the update.

I was under the impression from Ms. Vaughn that transportation for Breniya to Hillcrest had been approved.

Could you please let me know what the next steps are to get her enrolled at Fairley instead?

Best regards,

Danielle Woods

Danielle M. Woods, *Attorney*
Woods Law Firm, PLLC
Office: (901) 403-8606
Fax: (901) 582-6827
danielle@woodstn.net
2298 Young Ave. PMB 1060
Memphis, TN 38104

Access the Client Portal, make payments, and request appointments by visiting our Website

[Quoted text hidden]

---

**Holly McLaughlin** <hmclaughlin@nationalcareadvisors.com> Thu, Sep 17, 2026 at 1:52 PM
To: KAWANA STRONG <STRONGK@scsk12.org>, Danielle Woods <danielle@woodstn.net>

Hi Ms. Strong,

Thank you for the update. I think we need to expedite our IEP meeting based on your email. We need to discuss placement, transportation and also any social/emotional impact moving Breniya. Can you please make sure a representative from transportation is invited? Thank you!!

Warm Regards,

**Holly McLaughlin, Ed.S.**
Education Consultant
843-941-0860 (Cell)
800-652-7404 Ext. 7069 (Toll-Free)
843-517-8632 (Fax)
hmclaughlin@nationalcareadvisors.com

NATIONAL
CARE
ADVISORS
Planning for care. For life.

[Quoted text hidden]